# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| JULIE ANNE DENTICI, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 2:17-cv-01161-JHE |
| OXMOOR HOLDINGS, LLC, | ) |
| Defendant. | ) |

## ORDER DISMISSING CASE

A notice of dismissal having been filed in this action, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this action is **DISMISSED without prejudice**, costs to be taxed as paid**.**

DONE this 14th day of December, 2017.

_____
**JOHN H. ENGLAND, III**
UNITED STATES MAGISTRATE JUDGE